JS-6



FILED
CLERK, U.S. DISTRICT COURT

March 12, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TRISH ALSALAYMEH,<br><br>    Plaintiff,<br><br>    v.<br><br>JANET NAPOLITANO, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendant. | No. CV 12-2474 SJO (MRWx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

/ / /

/ / /

IT IS SO ORDERED that pursuant to the separately filed Stipulation for Compromise Settlement, this action is hereby dismissed with prejudice. Each party to bear its own costs and fees. The Court will retain jurisdiction over this action for one hundred-eighty (180) days from the date of the filing of this Order for the sole purpose of enforcing the settlement agreement.

IT IS FURTHER ORDERED that if Plaintiff is not cleared to work following the background investigation referenced in the Stipulation for Compromise Settlement, and if she is therefore unable to be hired by the Department of Homeland Security, then upon formal request by either party, the Court shall deem the settlement agreement null and void, this dismissal shall be vacated, and the Court shall reinstate this action, setting new dates for a motion hearing cut-off, pretrial conference, and trial.

DATED: _March 12, 2014._____

*S. James Otero*

UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant